**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

> Application GRANTED IN PART. The deadline to complete fact depositions is extended to **January 13, 2025**. By separate Order, the Court is referring this case to Magistrate Judge Netburn for settlement. The Clerk of Court is directed to terminate ECF No. 47.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: November 17, 2024

November 8, 2024

By ECF

Hon. Jennifer H. Rearden
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

Re: *Matos Rivera v. City of New York, et al.,* 1:23-cv-00374 (JHR)

Dear Judge Rearden:

We represent Plaintiff Adan Matos Rivera in the above-referenced action brought pursuant to 42 U.S.C. § 1983. As the December 2, 2024 deadline to complete fact discovery approaches, we write jointly with Defendants' counsel to request (i) a stay of the deadline to complete fact depositions while the parties explore settlement discussions and (ii) to schedule a settlement conference before the designated Magistrate Judge.

During a meet-and-confer on November 6, 2024, Defendants presented Plaintiff with a settlement offer that the parties seek to further discuss. Therefore, the parties respectfully request that the Court stay the deadline to complete fact depositions and refer this case to the designated Magistrate Judge for a settlement conference during the month of November, should the Court have availability.

Thank you for your consideration of the above.

Respectfully submitted,

*/s/ Andrew Van Duyn*
Andrew Van Duyn

*Counsel to Adan Matos Rivera*

cc:    Counsel of Record (*via ECF*)